UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON
CIVIL ACTION NO.: 05-358-KSF

STEPHANIE YOUNG,                                      PLAINTIFFS
ADMINISTRATRIX OF THE ESTATE OF
DEETROY OLDHAM AND
AS NEXT FRIEND OF
AIREYANNA DENISE LANAY OLDHAM, AN INFANT

vs.             **COMPLAINT AND JURY DEMAND**

Eastern District of Kentucky
FILED
AUG 30 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

JOSEPH B. MCCORD,                                     DEFENDANTS
To be served:
4258 Lexington Road, Winchester, Kentucky 40391

JOHN GRAY
To be served:
4664 Lexington Rd, Winchester, KY  40391

NORTON
To be served:
2683 Lexington Rd, Winchester, KY  40391

PAUL GRIFFITHS
To be served:
4675 Lexington Rd, Winchester, KY  40391

WILLIAM MCCORD
To be served:
4369 Lexington Rd., Winchester, KY 40391

ANDREW MCCORD
To be served:
4392 Lexington Road, Winchester, Kentucky 40391

MARGARET MCCORD
To be served:
4392 Lexington Road, Winchester, Kentucky 40391

SHEILA MCCORD
To be served:
4398 Lexington Road, Winchester, Kentucky 40391

GARY SHOUSE
To be served:
321 Venable Rd, Winchester, KY 40391

JAMES BELL
To be served
575 Venable Rd, Winchester, KY 40391

HERB NEWMAN, JR.
To be served:
5111 Rockwell Rd, Winchester, KY 40391

HAZEL WAGERS
To be served
185 Clintonville Rd, Winchester, KY 40391

EUGENIA PEARSON
To be served
425 Clintonville Rd, Winchester, KY 40391

GARDNER WAGERS
To be served:
408 Boone Dr., Winchester, KY 40391

HOLLY SPHAR FARM
To be served:
4770 Lexington Road, Winchester, KY 40391

AND UNKNOWN DEFENDANTS

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, by and through counsel, and for her Complaint against the Defendants, states as follows:

1. The decedent Deetroy Oldham, was an Ohio resident, residing at 1810 Westwood Avenue, Cincinnati, Ohio 45214, and was the father of Aireyanna Denise Lanay Oldham.

2. Joseph B. McCord is a Kentucky resident, residing at 4258 Lexington Road, Winchester, Clark County, Kentucky 40391.

2

3. The unknown defendants are those people who may have any ownership interest or management responsibilities for the below described Hereford bull (herein referred to as the "bull"). It is believed that the following persons live in the vicinity of the accident site:

John Gray, 4664 Lexington Rd, Winchester, KY 40391
Mr./Ms. Norton, 2683 Lexington Rd, Winchester, KY 40391
Paul Griffiths, 4675 Lexington Rd, Winchester, KY 40391
William McCord, 4369 Lexington Rd., Winchester, KY 40391
Andrew McCord, 4392 Lexington Road, Winchester, Kentucky 40391
Margaret McCord, 4392 Lexington Road, Winchester, Kentucky 40391
Sheila McCord, 4398 Lexington Road, Winchester, Kentucky 40391
Gary Shouse, 321 Venable Rd, Winchester, KY 40391
James Bell, 575 Venable Rd, Winchester, KY 40391
Herb Newman, Jr., 5111 Rockwell Rd, Winchester, KY 40391
Hazel Wagers, 185 Clintonville Rd, Winchester, KY 40391
Eugenia Pearson, 425 Clintonville Rd, Winchester, KY 40391
Gardner Wagers, 408 Boone Dr., Winchester, KY 40391
Holly Sphar Farm, 4770 Lexington Road, Winchester, KY 40391

4. Stephanie Young was appointed the Administratrix of the Estate of Deetroy Oldham on August 24, 2005.

5. Plaintiff Aireyanna Denise Lanay Oldham, a minor, date of birth May 10, 2003, lives with Stephanie Young, who files this action as next friend.

### Count I

6. On or about September 1, 2004, the decedent, Deetroy Oldham ("Decedent"), was traveling in a vehicle along U.S. 60 in Clark County, Kentucky. He collided with the bull which was on the roadway. Decedent sustained bodily injuries, incurred medical expenses, suffered physical and mental pain and suffering, and a permanent impairment in his ability to earn money, said injury resulting proximately in Deetroy Oldham's death.

7. The injuries and damages alleged herein entitle Plaintiffs to recover a sum of money from the Defendant which amount exceeds the minimum jurisdictional limits ($75,000.00) of this Court.

8. Defendant McCord is the owner of property located at 4258 Lexington Road, Winchester, Clark County, Kentucky 40391 and the owner or manager of the Bull.

9. Defendant McCord owned, maintained, harbored, or had under his control and custody, livestock upon this land which had road frontage along U.S. 60, on or about September 1, 2004.

10. On or about September 1, 2004, Defendant McCord negligently failed to maintain fencing sufficient to contain livestock and to prevent it from leaving his property.

11. As a result of the negligent failure of Defendant McCord, to maintain fencing on his property, livestock owned by him escaped containment at or near U.S. 60 and entered the roadway at U.S. 60.

12. As a direct and proximate result of the negligence of the Defendant as described hereinabove, a collision occurred on September 1, 2004, between the bull owned by Defendant McCord and the motor vehicle driven by decedent.

13. As a direct and proximate result of the aforesaid negligent conduct of Defendant McCord, Decedent and the Plaintiff have sustained bodily injuries, lost wages, medical expense, physical and mental pain and suffering and a permanent impairment in his ability to earn money, and funeral expense, all of which injuries will continue indefinitely into the future.

14. As a direct and proximate result of the negligence of the Defendant, Aireyanna Denise Lanay Oldham, a minor, lost her father by reason of death and has consequently lost the ability to consort with and have the affections, services, and companionship of her father, Deetroy Oldham.

15. On the occasion and date described hereinabove, the Defendant McCord, permitted the Bull owned by him, or under either his control or custody, to run at large, in violation of KRS 259.210(1). As a result, the Bull caused damage in the manner described hereinabove.

16. In the alternative, the unknown defendants are those persons or entities, who owned or managed the subject Bull, which wandered into the roadway and who permitted said Bull to run at large in violation of KRS 259.210(1), and with which the decedent collided. Judgment should be rendered alternatively against the unknown defendants, who the evidence may prove were the owner or owners of the aforesaid Bull.

17. That pursuant to KRS 259.210(2), the Defendant McCord, or, in the alternative, the unknown defendants, as owner of the cattle, is liable for all damages committed by the Bull, including the damages sustained by the decedent and the Plaintiffs as alleged hereinabove.

Wherefore, Plaintiffs demand as follows:

1. Judgment of and from the Defendant and unknown defendants, jointly and severally, for bodily injuries, for past medical bills, lost wages, loss of earning capacity, mental and physical pain and suffering, all of which continue in the future.

2. The loss by Aireyanna Denise Lanay Oldham of the ability to consort with and have the affection, services and companionship of her father, Deetroy Oldham.

3. A fair sum to compensate the Estates of Deetroy Oldham for the physical and mental pain and suffering resulting to Deetroy Oldham from the collision with the Bull, and the loss to his estate of his earning capacity.

4. Funeral expenses for Deetroy Oldham.

5. Trial by jury.

6. Costs herein expended.

7. Attorneys' fees, costs and any and all other relief to which it may appear the Plaintiffs or any of them are or may be entitled.

*[signature]*

M. AUSTIN MEHR
TIMOTHY E. GEERTZ
**Austin Mehr Law Offices, P.S.C.**
145 West Main Street, Suite 300
Lexington, Kentucky 40507
Telephone: 859-225-3731

AND

FRED S. BACHMEYER
145 West Main Street, Suite 300
Lexington, Kentucky 40507
Telephone: 859-253-1350

*Attorneys for Plaintiffs*