UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO.: 5:05-358-KSF

STEPHANIE YOUNG, ADMINISTRATRIX                                          PLAINTIFFS
OF THE ESTATE OF DEETROY OLDHAM AND
AS NEXT FRIEND OF AIREYANNA DENISE
LANAY OLDHAM, AN INFANT

VS.                                       **ORDER**

JOSEPH B. MCCORD, ET AL.                                                  DEFENDANTS

\*\* \*\* \*\* \*\* \*\* \*\* \*\*

The Defendants, Joe B. McCord, Jr. and Sheila McCord, having moved to extend their expert witness disclosure deadlines and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the Defendants' Motion is GRANTED and the Defendants shall have until March 23, 2007 to disclose expert witnesses.

This February 7, 2007.



Signed By:
*Karl S. Forester* KSF
United States Senior Judge